# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 30 WAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the Court |
| | : | of Common Pleas of Erie County, |
| | : | entered August 6, 2018 at No. CP- |
| v. | : | 25-CR-0001775-2017. |
| | : | |
| | : | |
| DUANE OVERTON, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 21st day of October, 2020, the order of the court of common pleas finding appellee is not subject to any additional sexual offender reporting requirements is **REVERSED**. *See Commonwealth v. Lacombe*, 234 A.3d 602 (Pa. 2020) (holding Subchapter I of Sex Offender Registration and Notification Act, 42 Pa.C.S. §§9799.51-9799.76, does not constitute criminal punishment and therefore does not violate constitutional prohibition against *ex post facto* laws).